UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MASON BURBANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-102 |
| | ) | |
| RHETT LERMY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Rhett Lermy filed a notice indicating that he filed a petition for bankruptcy under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Georgia. Doc. 17 at 1 (noting the bankruptcy case's docket number is 6:22-bk-60066). The notice also states that "[p]ursuant to 11 U.S.C. § 362, the action against defendant Lermy is stayed by operation of law until the petition is resolved or the bankruptcy court grants relief from the stay." *Id.* at

Because 11 U.S.C. § 362 imposes an automatic stay of judicial proceedings, the Clerk of Court is **DIRECTED** to **STAY** this case. Within 14 days from the date the automatic stay is lifted, the parties are

**DIRECTED** to file a joint status report informing the Court that the stay is lifted. During the pendency of the stay, the parties are **DIRECTED** to file a joint status report updating the Court on the status of the bankruptcy proceedings every 90 days. The first joint status report is due 90 days from the date of entry of this Order.

**SO ORDERED**, this 1st day of July, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA