**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MASON BURBANK,

      Plaintiff,

    v.

RHETT LERMY,

      Defendant.

CIVIL ACTION NO.: 4:20-cv-102

**O R D E R**

In a recent Order, the Court directed the parties to provide a joint update on the status of the related proceeding in the United States Bankruptcy Court. (See doc. 29.) Defendant Rhett Lermy filed a status report, stating that, despite repeated efforts, he was unable to make contact with Plaintiff in order to file a joint report. In his report, Defendant explains that he was granted a discharge of all debts provided for by his plan pursuant to 11 U.S.C. § 1328(a) on January 7, 2026, and that the Trustee's Final Report and Account lists Plaintiff as a scheduled creditor. (Doc. 30 (citing In re Lermy, No. 6:22-bk-60066 (S.D. Ga. doc. 70, p. 2)).) A final decree was issued on April 20, 2026. (Id.) In light of the foregoing, "Defendant takes the position that the temporary stay in this proceeding is now a permanent injunction by operation of 11 U.S.C. § 524(a)." (Id. at p. 2.) He requests a period of twenty-one days to draft and submit a motion to dismiss, within which he "will more fully address the defense of discharge in bankruptcy." (Id.) The Court **GRANTS** Defendant's request and **DIRECTS** Defendant to file his motion to dismiss **within**

**twenty-one (21) days** of the date of this Order.  With the limited exception of the filing of the proposed motion to dismiss, this case shall remain stayed.

**SO ORDERED**, this 19th day of May, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA